[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 30, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-10805

_____

D. C. Docket No. 04-00998-CV-J-32-MCR

JASON EDWARD MYERS,

Petitioner-Appellant,

versus

SECRETARY, DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 30, 2008)

Before BIRCH, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Having carefully considered the record, the briefs of the parties, and having heard oral argument, we **AFFIRM** on the basis of the thorough and well-reasoned opinion of the district court.